# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003

TEL 212.257.6800
FAX 212.257.6845

WWW.WIGDORLAW.COM

**Lawrence M. Parson**
lpearson@wigdorlaw.com

August 3, 2020

**VIA ECF**

The Honorable Ronnie Abrams
U.S. District Judge
Thurgood Marshall United States Courthouse
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Rollag v. Cowen Inc., *et al*.; Case No. 1:20-cv-05138-RA</u>

Dear Judge Abrams:

We represent Plaintiff Kevin Rollag in the above-referenced action and write in accordance with Rule 1(A) of Your Honor's Individual Rules & Practices to request and inform the Court that, absent an Order from the Court that differs, Plaintiff intends to respond to Defendants' letter motion to seal Plaintiff's Complaint on or by Wednesday, August 5, 2020. Plaintiff's letter response will of course be submitted via ECF.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

Lawrence M. Pearson

    cc:    Counsel for Defendants (*via* ECF)

---

Application granted. In light of the fact that Plaintiff's Complaint was filed on July 6, 2020, Dkt. 1, and Defendants' letter motion to seal was not filed until July 31, 2020, Dkt. 18, it is likely that "the proverbial cat is out of the bag." *SOHC, Inc. v. Zentis Sweet Ovations Holding LLC*, No. 14-CV-2270 JMF, 2014 WL 5643683, at *6 (S.D.N.Y. Nov. 4, 2014); s*ee also Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004) ("[H]owever confidential [the information] may have been beforehand, subsequent to publication it was confidential no longer."). Plaintiff's response and Defendants' reply, if any, shall thus address the case law cited above.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
8/3/2020