USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ROLLAG,

            Plaintiff,

v.

COWEN INC.; COWEN AND COMPANY, LLC; GAVIN O'REILLY; and SCOTT LEMONE,

            Defendants.

No. 20-CV-5138 (RA)

MEMORANDUM OPINION & ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed at today's conference, discovery is hereby stayed pending resolution of the motion to compel arbitration.

SO ORDERED.

Dated:    September 18, 2020
                New York, New York

_____
Ronnie Abrams
United States District Judge