UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ROLLAG,

                Plaintiff,

      v.

COWEN INC., et al.

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/2021

20-CV-5138 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold oral argument via telephonic conference on the pending motion to compel arbitration on February 18, 2021 at 2:00 p.m.

The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    February 3, 2021
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge