# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

February 10, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:    <u>Rollag v. Cowen, Inc. *et al*..</u>; Case No. 1:20-cv-05138 (RA)

Dear Judge Abrams:

We represent Plaintiff Kevin Rollag in the above-referenced matter and write to respectfully request that the February 18, 2021 oral argument on the pending motion to compel arbitration, which was scheduled by the Court last week (Dkt. No. 40), be adjourned and rescheduled due to a scheduling conflict. This is the first request for an adjournment of this argument. Per the Court's Order, the Parties have discussed alternative dates and have confirmed that counsel for all Parties are available for a rescheduled argument on February 19, 2021 (except from 1:30pm – 2:30pm), March 2, 2021 or March 3, 2021. Defendants have consented to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

Lawrence M. Pearson

Encl.

> Application granted. Oral argument is hereby adjourned until March 2, 2021 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> February 11, 2021